# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK GREEN,<br><br>     Plaintiff,<br><br>  vs.<br><br>COUNTY OF LOS ANGELES, a Municipal Entity, Does 1 to 100, Inclusive,<br><br>     Defendants. | Case No.: CV-12- 6007-CAS-CWx<br><br>(Hon. Christina A. Snyder, Presiding; Hon. Carla M. Woehrle, Magistrate)<br><br>**ORDER RE: STIPULATION FOR PROTECTIVE ORDER** |

 Based upon the Stipulation of the parties and good cause appearing therefore, the protective order is hereby GRANTED.

DATED: July 22, 2013     By:_____
                             HON. CARLA M. WOEHRLE
                             UNITED STATES MAGISTRATE JUDGE