SEKI, NISHIMURA & WATASE, LLP
GILBERT M. NISHIMURA (SBN 57905)
gnishimura@snw-law.com
JANET L. KEUPER (SBN 128417)
jkeuper@snw-law.com
605 W. Olympic Boulevard, Suite 900
Los Angeles, California 90015
Tel.: (213) 481- 2869 | Fax: (213) 481- 2871

Attorneys for Defendant COUNTY OF LOS ANGELES

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| MARK GREEN, | Case No.: CV-12- 6007-CAS-CWx |
|---|---|
| Plaintiff, | **ORDER DISMISSING CASE** |
| vs. | |
| COUNTY OF LOS ANGELES, et al., | Action Filed:  July 12, 2012 |
| Defendants. | Trial Date:  None |

IN LIGHT OF THE PARTIES' STIPULATION AND GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT:

1. The above entitled action is hereby dismissed with prejudice; and

2. Each party shall bear its own litigation fees and costs, including attorney's fees, in this action, and shall take nothing further from the other party based on this lawsuit or the events alleged therein.

Dated:  January 7, 2015     By:_____
                            HON. CHRISTINA A. SNYDER
                            U. S. DISTRICT COURT JUDGE